# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

### CASE NO.:  1:26-cv-02706

BENJAMIN SCHUMIN,

   Plaintiff,

v.

PENFED REALTY LLC dba BERKSHIRE
HATHAWAY HOME SERVICES PENFED
REALTY, PETER D GRIMM REAL
ESTATE LLC and PETER D. GRIMM,

   Defendants.

---

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff BENJAMIN SCHUMIN by and through his undersigned counsel, brings this

Complaint against Defendants PENFED REALTY LLC dba BERKSHIRE HATHAWAY

HOME SERVICES PENFED REALTY, PETER D GRIMM REAL ESTATE LLC and PETER

D. GRIMM for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff BENJAMIN SCHUMIN ("Schumin") brings this action for violations of

exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Schumin's

original copyrighted Work of authorship, such as the one in this case, to real estate associates and

brokerages for use in connection with promoting real estate listings.

2. Schumin is an experienced photographer that focuses his craft on everyday human

life including architecture, nature, cities, events, urban exploration, and political activism.

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ INDIANA ♦ NEW YORK ♦TENNESSEE

3.    Defendant PENFED REALTY LLC dba BERKSHIRE HATHAWAY HOME SERVICES PENFED REALTY ("Penfed") is a licensed real estate corporation and broker.

4.    Defendant PETER D. GRIMM ("Grimm") is a real estate associate/broker licensed in the state of DC, who is an employee under the brokerage of Penfed.

5.    Defendant PETER D GRIMM REAL ESTATE LLC ("PDGRE") is, upon information and belief, the company that Grimm created for his real estate services.

6.    Penfed, Grimm and PDGRE are collectively referred to herein as "Defendants."

7.    Schumin alleges that Defendants obtained Schumin's copyrighted Work from the internet or prior listings for other properties on multiple listing services of which Defendants are members in order to carry out their activities as professional real estate agents and brokers. Defendants copied Schumin's copyrighted Work from the internet or prior real estate listings without Schumin's permission. The prior real estate listings that Defendants may have used to copy Schumin's copyrighted Work are available to all professional licensed real estate associates and brokers who are members of the multiple listing service where the photos were posted, and they are also available publicly on the internet.

8.    Defendants distributed Schumin's copyrighted Work also without Schumin's permission, such as through real estate listings on multiple listing services. Defendants committed the violations alleged by copying and distributing Schumin's copyrighted Work in connection with Defendants' real estate listings. One or more Defendants posted the Work on multiple listing services for purposes of advertising and promoting public real estate listings. One or more Defendants did this in the course and scope of Defendants' professional real estate businesses.

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ INDIANA ♦ NEW YORK ♦TENNESSEE

9.      Defendant Penfed, the broker for Grimm and PDGRE appears as listing broker on the real estate listing where Grimm and PDGRE committed the violations of Schumin's exclusive rights under the copyright act.

10.     Schumin's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

## JURISDICTION AND VENUE

11.     This is an action arising under the Copyright Act, 17 U.S.C. § 501.

12.     This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

13.     Defendants are subject to personal jurisdiction in District of Columbia.

14.     Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

15.     Penfed Realty LLC d/b/a Berkshire Hathaway Home Services Penfed Realty is a District of Columbia Limited Liability Company with its principal place of business at 705 North Carolina Avenue SE, District of Columbia, 20003, and can be served by serving its Registered Agent, Corporation Service Company, 1156 15th Street NW, Suite 605, Washington, DC 20005.

16.     Peter D. Grimm is a DC licensed real estate sales associate/broker, License Number SP98366089 who resides in the District of Columbia, and can be served at 640 Lexington Place NE, DC, 20002.

17.     Peter D. Grimm Real Estate LLC is a District of Columbia Limited Liability Company with its principal place of business at 640 Lexington Place NE, Washington, DC, 20002 and can be served by serving its registered agent, Peter Grimm, at the same address.

18.     Upon information and belief, one or more of Defendants own and operate the real estate listing, displayed and located at the URL: https://www.compass.com/homedetails/416-A-St-SE-Unit-1-Washington-DC-20003/1231991012496824825_lid/ (the "Website" or "Listing").

## THE COPYRIGHTED WORK AT ISSUE

19.     In 2013, Schumin created the photograph entitled "Entrance to Eastern Market station," which is shown below and referred to herein as the "Work".



20.     Schumin registered the Work with the Register of Copyrights on July 30, 2021 as part of a group registration.  The Group Registration was assigned registration number VA 2-266-960.  The Certificate of Registration is attached hereto as **Exhibit 1**.

21.     Schumin sells his work as prints on the website www.fineartamerica.com ("Fine Art America").

4

**SRIPLAW**

CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

22.     The Work is listed for sale at the following internet URL

https://fineartamerica.com/featured/eastern-market-metro-station-ben-schumin.html, as shown

below with the Fine Art America watermark on the bottom right corner of the Work, and a gutter

credit reading "Eastern Market Metro Station is a photograph by Ben Schumin which was

uploaded on February 4th, 2015," as an attribution to Ben Shumin conveyed in connection to his

authorship of the Work.



*Eastern Market Metro station* is a photograph by Ben Schumin which was uploaded on February 4th, 2015.

23.     Schumin's Work is protected by copyright but was not otherwise confidential,

proprietary, or trade secrets. The Work in perspective, orientation, positioning, lighting, and

other details is entirely original, distinctive and unique.  As such, the Work qualifies as subject

matter protectable under the Copyright Act.

24.     At all relevant times Schumin was the owner of the copyrighted Work at issue in

this case.

**SRIPLAW**

CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ INDIANA ♦ NEW YORK ♦TENNESSEE

## INFRINGEMENT BY DEFENDANTS

25.    One or more of the Defendants have never been licensed to use the Work at issue in this action for any purpose.

26.    On a date after the Work at issue in this action was created, but prior to the filing of this action, one or more of the Defendants copied, displayed, or distributed the Work or made derivative works from the Work on the Website.

27.    Upon information and belief, one or more of the Defendants copied Schumin's copyrighted Work from prior listings for other properties on multiple listing services of which Defendants are members, obtained the Work from the internet, or from other real estate associates and uploaded the Work to the Website.

28.    After Defendants copied the Work, they made further copies and distributed the Work on, inter alia, one or more multiple listing services or the internet to promote the sale of the property depicted in the Work or similar properties as part of their professional real estate businesses.

29.    Defendants copied and distributed Schumin's copyrighted Work in connection with their real estate listing posted on one or more multiple listing services or the internet for purposes of advertising and promoting public real estate listings in the course and scope of Defendants' professional real estate businesses, and in the course and scope of rendering professional real estate services as associates and brokers.

30.    Defendants committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

31.    Schumin never gave Defendants permission or authority to copy, distribute or display the Work at issue in this case.

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

32.     Schumin notified Defendants of the allegations set forth herein on February 17, 2025. To date, the parties have failed to resolve this matter.

33.     When Defendants copied and displayed the Work at issue in this case, they removed Schumin's copyright management information from the Work.

34.     When Defendants copied and displayed the Work at issue in this case, they failed to provide attribution to Schumin.

35.     Schumin never gave Defendants permission or authority to not attribute or remove copyright management information from the Work at issue in this case.

## COUNT I
## DIRECT COPYRIGHT INFRINGEMENT

36.     Schumin incorporates the allegations of paragraphs 1 through 35 of this Complaint as if fully set forth herein.

37.     Schumin owns a valid copyright in the Work at issue in this case.

38.     Schumin registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

39.     One or more of Defendants copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Schumin's authorization in violation of 17 U.S.C. § 501.

40.     One or more of Defendants performed the acts alleged in the course and scope of his/her business activities.

41.     One or more of Defendants' acts were willful.

42.     Schumin has been damaged.

43.     The harm caused to Schumin has been irreparable.

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

## COUNT II
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

44.     Schumin incorporates the allegations of paragraphs 1 through 35 of this Complaint as if fully set forth herein

45.     The Work at issue in this case requires attribution and contains copyright management information ("CMI")

46.     One or more of Defendants knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the Work at issue in this action in violation of 17 U.S.C. § 1202(b).

47.     One or more of Defendants committed these acts knowing or having reasonable grounds to know that they will induce, enable, facilitate or conceal infringement of Schumin's rights in the Work at issue in this action protected under the Copyright Act.

48.     One or more of Defendants caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that they will induce, enable, facilitate or conceal infringement of Schumin's rights in the Work at issue in this action protected under the Copyright Act.

49.     Schumin has been damaged.

50.     The harm caused to Schumin has been irreparable.

## COUNT III
## VICARIOUS COPYRIGHT INFRINGEMENT BY PENFED

51.     Schumin incorporates the allegations of paragraphs 1 through 35 of this Complaint as if fully set forth herein.

52.      Schumin owns a valid copyright in the Work at issue in this case.

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ INDIANA ♦ NEW YORK ♦TENNESSEE

53.     Schumin registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

54.     One or more of Defendants copied, displayed and distributed the Work at issue in this case and made derivative of the Work without Schumin's authorization in violation of 17 U.S.C. § 501.

55.     Upon information and belief, Penfed had the right and ability to supervise the infringing activities of PDGRE and Grimm alleged herein.

56.     Upon information and belief, Penfed directed PDGRE and Grimm to upload the Work alleged herein.

57.     Penfed had a direct financial interest in the infringing activities alleged herein.

58.     As a result of Penfed's vicarious infringement as alleged above, Penfed obtained direct and indirect profits it would otherwise not have realized but for its infringement of the Work

59.     Penfed has continued to copy, display, and distribute the Work at issue with knowledge that such acts violate Schumin's intellectual property rights.

60.     Schumin has been damaged.

61.     The harm caused to Schumin has been irreparable.


WHEREFORE, the Plaintiff BENJAMIN SCHUMIN prays for judgment against the Defendants PENFED REALTY LLC dba BERKSHIRE HATHAWAY HOME SERVICES PENFED REALTY, PETER D GRIMM REAL ESTATE LLC and PETER D. GRIMM that:

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

a.    Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

b.    Defendants be required to pay Schumin his actual damages and Defendants' profits attributable to the infringement, or, at Schumin's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

c.    Schumin be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d.    Schumin be awarded pre- and post-judgment interest; and

e.    Schumin be awarded such other and further relief as the Court deems just and proper.

## <u>JURY DEMAND</u>

Schumin hereby demands a trial by jury of all issues so triable.

Dated: July 31, 2026                      Respectfully submitted,


/s/ Jordan I. Abisror
JORDAN I. ABISROR
jordan.abisror@sriplaw.com

**SRIPLAW, P. A.**
41 Madison Avenue
25th Floor
New York, New York 10010
646.475.9070 – Telephone
561.404.4353 – Facsimile

and

JOEL B. ROTHMAN
joel.rothman@sriplaw.com

**SRIPLAW, P. A.**

10
**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ INDIANA ♦ NEW YORK ♦TENNESSEE

21301 Powerline Road
Suite 212
Boca Raton, FL 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Benjamin Schumin*

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ INDIANA ♦ NEW YORK ♦TENNESSEE