# Exhibit
# 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-266-960

**Effective Date of Registration:**
July 30, 2021
**Registration Decision Date:**
September 16, 2021

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 01, 2013 to September 17, 2013

## Title

| | |
|---|---|
| **Title of Group:** | Ben Schumin - Group Registration Photos - Published January 1 2013 to September 17 2013; 750 photos |
| **Number of Photographs in Group:** | 750 |
| • **Individual Photographs:** | Entrance to Omni Charlottesville Hotel [01] |
| **Published:** | January 2013 |
| • **Individual Photographs:** | Sandy Point State Park [64] |
| **Published:** | February 2013 |
| • **Individual Photographs:** | Wheelock MT horn/strobe |
| **Published:** | April 2013 |
| • **Individual Photographs:** | Whole Foods P Street NW, Chipotle meal with laptop, Full cart at Whole Foods, Warning sign for hand-carved steps, View of Potomac River from hiking trail, Weathered headstone, Potomac River from US 340 bridge [02] |
| **Published:** | September 2013 |

• **Individual Photographs:** Elvis sarcophagus at Walters Art Gallery, Wheelock AS horn/strobe made from Legos [02], Wheelock AS horn/strobe made from Legos [01], Simplex pull station made from Legos [01], Simplex pull station made from Legos [02], Giant Food Burtonsville Maryland, Green rubbing alcohol, Capital Bikeshare station at YMCA, Fire alarm at Whole Foods Market in Arlington Virginia, Olney Indoor Swim Center [02], Interstate 70 Park and Ride [01], Interstate 70 Park and Ride [03], Interstate 70 Park and Ride [02], Interstate 70 Park and Ride [04], Interstate 70 Park and Ride [05], Interstate 70 Park and Ride [06], Interstate 70 Park and Ride [10], Interstate 70 Park and Ride [09], Interstate 70 Park and Ride [11], Interstate 70 Park and Ride [12], Interstate 70 Park and Ride [14], Interstate 70 Park and Ride [13], Interstate 70 Park and Ride [15], Interstate 70 Park and Ride [17], Interstate 70 Park and Ride [16], Interstate 70 Park and Ride [18], Interstate 70 Park and Ride [19], Interstate 70 Park and Ride [20], 2012 Kia Soul [02], 2012 Kia Soul [01], 2012 Kia Soul [05], 2012 Kia Soul [04], 2012 Kia Soul [03], 2012 Kia Soul [06], 2012 Kia Soul [07], 2012 Kia Soul [08], 2012 Kia Soul [09], 2012 Kia Soul [10], 2012 Kia Soul [11], 2012 Kia Soul [12], 2012 Kia Soul [13], 2012 Kia Soul [15], 2012 Kia Soul [14], 2012 Kia Soul [17], 2012 Kia Soul [16], 2012 Kia Soul [19], 2012

Kia Soul [18], 2012 Kia Soul [20], Blockbuster Video closing sale [01], Blockbuster Video closing sale [02], Ride On Gillig Low Floor 5008 [01], Ride On Gillig Low Floor 5008 [03], Ride On Gillig Low Floor 5008 [02], Ride On Champion 5210 [02], Wasabi at Tysons Corner Center [01], Wasabi at Tysons Corner Center [02], Glenmont West Parking Garage, "Easter should not be the only day you are here", Former Super Fresh store in Aspen Hill Maryland, Fire alarm pull station at Walmart in Laurel Maryland, Macy's in Wheaton Maryland [02], The Black Eyed Susan [02], The Black Eyed Susan [01], The Black Eyed Susan [03]

**Published:** September 2013

- **Individual Photographs:** Pirate ship Fearless [02], Pirate ship Fearless [01], Pirate ship Fearless [04], Pirate ship Fearless [03], Munch's Make Believe Band, Chuck E. Cheese, Mr. Munch, Helen Henny, DeJarnette Center [04], DeJarnette Center [03], DeJarnette Center [02], DeJarnette Center [01], DeJarnette Center [06], DeJarnette Center [05], DeJarnette Center [09], DeJarnette Center [08], DeJarnette Center [07], DeJarnette Center [11], DeJarnette Center [10], DeJarnette Center [16], DeJarnette Center [15], DeJarnette Center [14], DeJarnette Center [13], DeJarnette Center [12], DeJarnette Center [19], DeJarnette Center [18], DeJarnette Center [17], DeJarnette Center [20], Abandoned motel Afton Mountain Virginia [02], Abandoned motel Afton Mountain Virginia [01], Abandoned motel Afton Mountain Virginia [05], Abandoned motel Afton Mountain Virginia [04], Abandoned motel Afton Mountain Virginia [03], Abandoned motel Afton Mountain Virginia [08], Abandoned motel Afton Mountain Virginia [07], Abandoned motel Afton Mountain Virginia [06], Abandoned motel Afton Mountain Virginia [09], Abandoned motel Afton Mountain Virginia [12], Abandoned motel Afton Mountain Virginia [11], Abandoned motel Afton Mountain Virginia [10], Millipede, Trail blaze on Humpback Rock trail, Carving on Humpback Rock [01], Woman on Humpback Rock, Tree lichen [01], View from Humpback Rock [04], View from Humpback Rock [03], View from Humpback Rock [02], View from Humpback Rock [01], Flowers on Humpback Rock, Carving on Humpback Rock [02], 30th Street Station, Philadelphia street sign at Walnut Street, Wheelock MT horn/strobe on Viewliner railcar, Dog's paw print in sidewalk, Traffic signals in Philadelphia, Railroad tracks in Philadelphia, Overturned shopping cart, Tree sweater, "Does your spiritual house need spring cleaning?", "Try our Sundays. They are better than Good Humor.", Crocs shoes on Sandy Point beach, House painting, Fire alarm pull station at Wheaton Metro parking garage [02]

**Published:** September 2013

- **Individual Photographs:** Fire alarm pull station at Wheaton Metro parking garage [01], Gallery Place signage lower level, Muffins at Metro Cafe [01], Muffins at Metro Cafe [02], Muffins at Metro Cafe [04], Muffins at Metro Cafe [03], "SHARP EDGES" sign, Granite platform edge panels at Takoma station, Shoppers Colossal Donuts, "NO TRESPASSING" sign, Amtrak Superliner II shower, Helicopter delivering a rooftop HVAC unit [02], Helicopter delivering a rooftop HVAC unit [01], Helicopter delivering a rooftop HVAC unit [04], Helicopter delivering a rooftop HVAC unit [03], Helicopter delivering a rooftop HVAC unit [06], Helicopter delivering a rooftop HVAC unit [05], Water Tower Place [02], Water Tower Place [01], John Hancock Center exterior bracing, Water Tower Place [04], Water Tower Place [03], John Hancock Center and flags, John Hancock Center [03], Traffic on East Monroe Street, Child at Crown Fountain, Cloud Gate self portrait, Cloud Gate from beneath, Cloud Gate [03], Cloud Gate [02], Cloud Gate [01], Yellow traffic signal, Lighted arrow on Uncle Julio's building, Lincoln Park Conservatory, Chicago-approved exit sign [02], Stop sign graffiti, Garbage outside of a Walgreens, Glenwood Sunday Market [02], Glenwood Sunday Market [01], Glenwood Sunday Market [05],



Glenwood Sunday Market [04], Glenwood Sunday Market [03], Glenwood Sunday Market [06], Glenwood Sunday Market [07], Glenwood Sunday Market [08], Glenwood Sunday Market [10], Glenwood Sunday Market [09], Stand-up paddleboarding on Lake Michigan, Three people on a pier, Chicago Police boat, Carpenters Building, Entrance to Eastern Market station, Eastern Market [02], Eastern Market [01], Eastern Market [03], Eastern Market [04], Eastern Market [06], Eastern Market [05], Eastern Market [07], Eastern Market [08], Eastern Market [10], Eastern Market [09], Eastern Market [11], Eastern Market [13], Eastern Market [12], Eastern Market [14], Eastern Market [17], Eastern Market [16], Eastern Market [15], Eastern Market [19]

**Published:** September 2013

- **Individual Photographs:** Eastern Market [18], Eastern Market [20], Eastern Market [23], Eastern Market [22], Eastern Market [21], Eastern Market [24], Eastern Market [26], Eastern Market [25], Eastern Market [27], Eastern Market [28], Eastern Market [30], Eastern Market [29], Eastern Market [31], Eastern Market [33], Eastern Market [32], Eastern Market [36], Eastern Market [35], Eastern Market [34], Eastern Market [39], Eastern Market [38], Eastern Market [37], Eastern Market [40], Eastern Market [42], Eastern Market [41], Eastern Market [44], Eastern Market [43], Eastern Market [45], Eastern Market [46], Eastern Market [49], Eastern Market [48], Eastern Market [47], Eastern Market [51], Eastern Market [50], Eastern Market [53], Eastern Market [52], Eastern Market [54], SlutWalk DC 2012 [01], SlutWalk DC 2012 [02], SlutWalk DC 2012 [03], SlutWalk DC 2012 [04], SlutWalk DC 2012 [05], SlutWalk DC 2012 [07], SlutWalk DC 2012 [06], SlutWalk DC 2012 [08], SlutWalk DC 2012 [10], SlutWalk DC 2012 [09], SlutWalk DC 2012 [11], SlutWalk DC 2012 [12], SlutWalk DC 2012 [13], SlutWalk DC 2012 [14], SlutWalk DC 2012 [17], SlutWalk DC 2012 [16], SlutWalk DC 2012 [15], SlutWalk DC 2012 [19], SlutWalk DC 2012 [18], SlutWalk DC 2012 [20], SlutWalk DC 2012 [23], SlutWalk DC 2012 [22], SlutWalk DC 2012 [21], SlutWalk DC 2012 [25], SlutWalk DC 2012 [24], SlutWalk DC 2012 [28], SlutWalk DC 2012 [27], SlutWalk DC 2012 [26], SlutWalk DC 2012 [29], SlutWalk DC 2012 [30], "Free trip to heaven.  Details inside.", Fire alarm upgrade at 1616 P Street NW [02], Fire alarm upgrade at 1616 P Street NW [01], Former Giant Food store in Frederick Maryland, Rainbow over Federal Plaza, Westbound Cardinal train in Staunton [02], Westbound Cardinal train in Staunton [01], Westbound Cardinal train in Staunton [03], Westbound Cardinal train in Staunton [04], Wrap and chips at Mug Shots, Natural Bridge of Virginia [01], Natural Bridge of Virginia [02], Natural Bridge of Virginia [03], Natural Bridge of Virginia [04]

**Published:** September 2013

- **Individual Photographs:** Natural Bridge of Virginia [06], Natural Bridge of Virginia [05], Corn cob at Natural Bridge, Natural Bridge of Virginia [07], Natural Bridge of Virginia [08], Foamhenge [03], Foamhenge [02], Foamhenge [01], Foamhenge [04], Foamhenge [05], Foamhenge [06], Foamhenge [07], Golf cart sign, Shenandoah Acres [02], Shenandoah Acres [01], Shenandoah Acres [05], Shenandoah Acres [04], Shenandoah Acres [03], Shenandoah Acres [06], "Under same management for over 2000 years", Silver Spring Zombie Night 2012 [01], Silver Spring Zombie Night 2012 [03], Silver Spring Zombie Night 2012 [02], Silver Spring Zombie Night 2012 [04], Silver Spring Zombie Night 2012 [05], Silver Spring Zombie Night 2012 [07], Silver Spring Zombie Night 2012 [06], Silver Spring Zombie Night 2012 [08], Silver Spring Zombie Night 2012 [09], Silver Spring Zombie Night 2012 [10], Silver Spring Zombie Night 2012 [11], Silver Spring Zombie Night 2012 [13], Silver Spring Zombie Night 2012 [12], Silver Spring Zombie Night 2012 [14], Silver Spring Zombie Night 2012 [16], Silver Spring Zombie Night 2012 [15], Silver Spring Zombie Night 2012 [18], Silver Spring Zombie Night 2012 [17], Silver Spring Zombie Night 2012 [20], Silver Spring Zombie Night 2012 [19], Early voting at Bauer Drive

Community Recreation Center, Cigarette on fire alarm pull station, Montgomery Tennisplex, Car crushed by tree, Free Doomsday Donut & Fiscal Cliff Coffee, The Awakening at National Harbor [01], The Awakening at National Harbor [02], Camera on tripod, The Cairo from Stead Park, Basketball goal at Stead Park, 1616 P Street NW [02], Forward on Climate Rally [02], Forward on Climate Rally [01], Forward on Climate Rally [03], Forward on Climate Rally [06], Forward on Climate Rally [05], Forward on Climate Rally [04], Forward on Climate Rally [07], Forward on Climate Rally [08], Forward on Climate Rally [09], Forward on Climate Rally [10], Forward on Climate Rally [11], Forward on Climate Rally [12], Forward on Climate Rally [13]

**Published:**    September 2013

- **Individual Photographs:**    Forward on Climate Rally [14], Forward on Climate Rally [17], Forward on Climate Rally [16], Forward on Climate Rally [15], Forward on Climate Rally [19], Forward on Climate Rally [18], Forward on Climate Rally [20], Forward on Climate Rally [22], Forward on Climate Rally [21], Forward on Climate Rally [23], Forward on Climate Rally [24], Forward on Climate Rally [25], Forward on Climate Rally [27], Forward on Climate Rally [26], Forward on Climate Rally [29], Forward on Climate Rally [28], Forward on Climate Rally [30], Forward on Climate Rally [31], Forward on Climate Rally [33], Forward on Climate Rally [32], Forward on Climate Rally [34], Forward on Climate Rally [37], Forward on Climate Rally [36], Forward on Climate Rally [35], Forward on Climate Rally [40], Forward on Climate Rally [39], Forward on Climate Rally [38], Forward on Climate Rally [41], Forward on Climate Rally [42], Forward on Climate Rally [44], Forward on Climate Rally [43], Forward on Climate Rally [45], Forward on Climate Rally [46], Forward on Climate Rally [47], Forward on Climate Rally [50], Forward on Climate Rally [49], Forward on Climate Rally [48], Forward on Climate Rally [51], Forward on Climate Rally [52], Forward on Climate Rally [54], Forward on Climate Rally [53], Forward on Climate Rally [56], Forward on Climate Rally [55], Forward on Climate Rally [57], Forward on Climate Rally [58], Forward on Climate Rally [59], Forward on Climate Rally [61], Forward on Climate Rally [60], Forward on Climate Rally [62], Forward on Climate Rally [63], Forward on Climate Rally [66], Forward on Climate Rally [65], Forward on Climate Rally [64], Forward on Climate Rally [67], Forward on Climate Rally [68], Forward on Climate Rally [69], Forward on Climate Rally [70], Forward on Climate Rally [71], Forward on Climate Rally [73], Forward on Climate Rally [72], Forward on Climate Rally [75], Forward on Climate Rally [74], Forward on Climate Rally [76], Forward on Climate Rally [78]

**Published:**    September 2013

- **Individual Photographs:**    Forward on Climate Rally [77], Forward on Climate Rally [79], Forward on Climate Rally [81], Forward on Climate Rally [80], Forward on Climate Rally [82], Forward on Climate Rally [85], Forward on Climate Rally [84], Forward on Climate Rally [83], Forward on Climate Rally [88], Forward on Climate Rally [87], Forward on Climate Rally [86], Forward on Climate Rally [89], Forward on Climate Rally [91], Forward on Climate Rally [90], Forward on Climate Rally [94], Forward on Climate Rally [93], Forward on Climate Rally [92], Forward on Climate Rally [95], Forward on Climate Rally [96], Forward on Climate Rally [98], Forward on Climate Rally [97], Forward on Climate Rally [106], Forward on Climate Rally [105], Forward on Climate Rally [104], Forward on Climate Rally [103], Forward on Climate Rally [102], Forward on Climate Rally [101], Forward on Climate Rally [100], Forward on Climate Rally [99], Forward on Climate Rally [109], Forward on Climate Rally [108], Forward on Climate Rally [107], Forward on Climate Rally [112], Forward on Climate Rally [111], Forward on Climate Rally [110], Forward on Climate Rally [114], Forward on Climate Rally [113], Forward on Climate Rally [119],



Forward on Climate Rally [118], Forward on Climate Rally [117], Forward on Climate Rally [116], Forward on Climate Rally [115], Forward on Climate Rally [121], Forward on Climate Rally [120], Forward on Climate Rally [123], Forward on Climate Rally [122], Forward on Climate Rally [127], Forward on Climate Rally [126], Forward on Climate Rally [125], Forward on Climate Rally [124], Forward on Climate Rally [129], Forward on Climate Rally [128], Laundry coin slot, Cafe Green, Ellenco 5C at Hewitt Gardens [01], U-Haul van at NoMa facility, "ONE LOVE" sign, Load of laundry, U-Haul at gas station, NoMa U-Haul facility, Sandy Point State Park [03], Sandy Point State Park [02], Sandy Point State Park [01], Sandy Point State Park [05], Sandy Point State Park [04], Sandy Point State Park [07]

**Published:**    September 2013

- **Individual Photographs:**    Sandy Point State Park [06], Sandy Point State Park [13], Sandy Point State Park [12], Sandy Point State Park [11], Sandy Point State Park [10], Sandy Point State Park [09], Sandy Point State Park [08], Sandy Point State Park [17], Sandy Point State Park [16], Sandy Point State Park [15], Sandy Point State Park [14], Sandy Point State Park [20], Sandy Point State Park [19], Sandy Point State Park [18], Sandy Point State Park [24], Sandy Point State Park [23], Sandy Point State Park [22], Sandy Point State Park [21], Sandy Point State Park [25], Sandy Point State Park [27], Sandy Point State Park [26], Sandy Point State Park [38], Sandy Point State Park [37], Sandy Point State Park [36], Sandy Point State Park [35], Sandy Point State Park [34], Sandy Point State Park [33], Sandy Point State Park [32], Sandy Point State Park [31], Sandy Point State Park [30], Sandy Point State Park [29], Sandy Point State Park [28], Sandy Point State Park [51], Sandy Point State Park [50], Sandy Point State Park [49], Sandy Point State Park [48], Sandy Point State Park [47], Sandy Point State Park [46], Sandy Point State Park [45], Sandy Point State Park [44], Sandy Point State Park [43], Sandy Point State Park [42], Sandy Point State Park [41], Sandy Point State Park [40], Sandy Point State Park [39], Sandy Point State Park [54], Sandy Point State Park [53], Sandy Point State Park [52], Sandy Point State Park [59], Sandy Point State Park [58], Sandy Point State Park [57], Sandy Point State Park [56], Sandy Point State Park [55], Sandy Point State Park [62], Sandy Point State Park [61], Sandy Point State Park [60], Sandy Point State Park [63], Houses in Stuarts Draft Virginia [02], Houses in Stuarts Draft Virginia [01], Houses in Stuarts Draft Virginia [04], Houses in Stuarts Draft Virginia [03], Stop sign at end of Forest Springs Drive, Springer Road and Forest Springs Drive [01], Kia Soul in Stuarts Draft Virginia, Springfield Mall [01], Springfield Mall [03]

**Published:**    September 2013

- **Individual Photographs:**    Springfield Mall [02], Springfield Mall [04], Help button, Coffee with cream and stevia, Railroad bridge [01], Triple Crossing area [01], "Darth Vader" railroad signal, Richmond floodwall opening for Canal [01], Vistas on the James, Canal Walk through Shockoe Bottom [02], Norfolk Southern "No Trespassing" sign, Canal Walk through Shockoe Bottom [01], Wire terminal structures, East end of the Canal Walk, Richmond floodwall opening for Canal [02], Triple Crossing area [02], Bench along the Canal Walk, Canal Walk through Shockoe Bottom [03], La Difference, Archway and gate, Floodwall door, Yield sign, Christopher Newport Cross [02], Christopher Newport Cross [01], Alume signage, Christopher Newport Cross [03], The Italianate [03], The Italianate [02], The Italianate [01], Art space in former power plant, Be Cheerful "Fit In", Clouds over Richmond, Footbridge over the Canal [01], Riverfront Plaza [02], Riverfront Plaza [01], Lamppost along the Canal Walk, Power lines, Federal Reserve and Riverfront Plaza, Federal Reserve Bank building [01], Riverfront Plaza [03], Tree in bloom [01], Riverfront Plaza west tower [01], Footbridge over the Canal [04], Footbridge over the Canal [03], Footbridge over the Canal [02], Cloud over Richmond, MeadWestvaco Federal

Reserve and Riverfront Plaza buildings [01], Tree in bloom [04], Tree in bloom [03], Tree in bloom [02], MeadWestvaco building [02], Woman reading a book, MeadWestvaco building [01], MeadWestvaco Federal Reserve and Riverfront Plaza buildings [02], Richmond skyline [01], Rocks in the James River, Railroad bridge [03], Railroad bridge [02], Abandoned railroad bridge, Abandoned bridge on Belle Isle, Canadian goose in the James River, Robert E. Lee Memorial Bridge, Rafters on the James River, Shoes hanging from bridge cable [01], Belle Isle pedestrian bridge, Richmond skyline [02], Canadian goose on small island, Richmond skyline [03], Abandoned bridge piers, Richmond skyline [04]

**Published:**     September 2013

- **Individual Photographs:**   Robert E. Lee Memorial Bridge and Belle Isle pedestrian bridge [02], Robert E. Lee Memorial Bridge and Belle Isle pedestrian bridge [01], Richmond skyline [05], Richmond skyline [06], Richmond skyline [08], Richmond skyline [09], Richmond skyline [07], Richmond skyline [10], Richmond skyline [11], Kayakers on the James River, Shoes hanging from bridge cable [02], Richmond skyline [12], The Italianate [04], Riverfront Plaza [04], Riverfront Plaza east tower, Federal Reserve Bank building [02], Riverfront Plaza west tower [02], Power Plant and the Italianate, The Italianate [06], The Italianate [05], Canal Walk through Shockoe Bottom [04], 140 Virginia Street, Curve in the Canal [02], Curve in the Canal [01], Railroad bridge [04], Ramp to Downtown Expressway [01], Richmond floodwall opening for Canal [03], Canal Walk through Shockoe Bottom [05], Kia Soul in Shockoe Bottom parking lot [01], Ramp to Downtown Expressway [02], Railroad bridge [05], Kia Soul in Shockoe Bottom parking lot [03], Kia Soul in Shockoe Bottom parking lot [02], Railroad tracks through Cumberland, Amtrak signage at Cumberland station, CSX "No Trespassing" sign, CSX locomotive 578, Railroad crossbuck, Railroad crossing lights at Baltimore Street, Railroad signals in Cumberland [01], CSX locomotive 578 [02], End of a CSX freight train, Railroad tracks through Cumberland, Amtrak locomotive 201, Railroad signals in Cumberland [02], Cumberland Shoe Hospital, Last car of the Capitol Limited, "No Trespassing" sign on post office fence, Reflection of sunset on Cumberland Shoe Hospital window, Queen City Pavement, Baltimore and Centre Streets, Highway signs, Right Lane Must Turn Right, Davidson Street and Henderson Avenue, Pedestrian tunnel under Queen City Drive, Interstate 68 Exit 43D, Anarchy sign painted in Cumberland Maryland pedestrian tunnel, Town Clock Church [02], Town Clock Church [01], Abandoned shopping cart, House with deteriorated uppermost level, Town Clock Church [03]

**Published:**     September 2013

- **Individual Photographs:**   211 Emily Street, 600 block of Elm Street, Painted houses on Bedford Street [01], Painted houses on Bedford Street [02], 310 Park Street, 416 Park Street, Painted houses on Bedford Street [03], 300 Park Street, Satellite dish on roof of home, 402 Park Street, 216 Park Street, WTBO sign [01], WTBO sign [03], WTBO sign [02], View from WTBO transmitter site, WTBO sign and transmitter viewed from below, WTBO sign at night [01], WTBO sign [04], WTBO sign at night [03], WTBO sign at night [02], Bedford Street, Intersection of Bedford Street and Henderson Avenue, Maroon and white house on Bedford Street, Town Clock Church [04], Pro-marijuana graffiti, Anarchy sign painted on a wall, Dormer, Potomac River at Cumberland [02], Potomac River at Cumberland [01], Kia Soul at Gene Mason Sports Complex [02], Kia Soul at Gene Mason Sports Complex [01], Kia Soul at Gene Mason Sports Complex [04], Kia Soul at Gene Mason Sports Complex [03], Kia Soul at Gene Mason Sports Complex [05], Shopping cart on Park Street, Nonstandard US 220 highway shield, Traffic light at Park and Williams Streets [01], Traffic light at Park and Williams Streets [02], Steeple of Friendship Haven Church, Traffic signal with cameras, American flag flying, Open sign,



Neon sign in restaurant window, Lights on building, Duck in Annapolis Harbor, Flag in Annapolis Maryland, Sailboat in Annapolis Harbor, Man operates powerboat through Annapolis Harbor, Dock in Annapolis Harbor, Truck being sprayed with water, Wheelock fire alarm bell, System Sensor fire alarm bell, Red Emma's, Lamppost in Fells Point, Celerity water taxi, Sea gull, Sea gull over Baltimore Harbor, Activated Edwards pull station, Chuck E, Sodexo building Gaithersburg, House for sale in Dupont Circle, Vivitar ViviCam 6200w, Interior of Washington Metro car 4090, Ellenco fire alarm bell at Hewitt Gardens [01], Abandoned shoe sole, Apartment living room, Wawa donuts [02], Wawa donuts [01], Wawa donuts [03], Busker at Wheaton Metro

**Published:** September 2013

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Earliest Publication Date in Group:** | January 01, 2013 |
| **Latest Publication Date in Group:** | September 17, 2013 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Benjamin Schumin |
| **Author Created:** | photographs |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Benjamin Schumin |
| | 8705 Ravenglass Way, Montgomery Village, MD, 20886, United States |

## Certification

| | |
|---|---|
| **Name:** | Barbara Konecny |
| **Date:** | July 30, 2021 |
| **Applicant's Tracking Number:** | CR-007658 |

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph

included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.