# Exhibit 2

**1411 South Carolina Avenue Southeast**
$1,175,000 | 3 Bed | 2 Baths | 2,247 SqFt

Photos | Map | Street View

✕





‹    ›    ⊞ View All    ◻ Map    👤 Street View

SPECTACULARLY SUNNY, SPACIOUS & WIDE PORCHFRONT HOME with Great Outdoor Space and Large Garage Steps from Lincoln Park and Eastern Market Offers a Wonderful Blend of Original Features and Modern Amenities in an Amazing Capitol HILL Location! Finished on all Three Levels, Separate Living and Dining Rooms with High Ceilings, Crown Molding and Heart Pine Flooring, a Large Gourmet Kitchen with Hardwood Cabinets, Stainless Steel Appliances and Stone Countertops! Three Bedrooms and Fully Appointed Bathroom...

Continue Reading ▾

Listed by Peter D Grimm • Berkshire Hathaway HomeServices
PenFed Realty
P: 2022706368  peter.grimm@penfedrealty.com

## Property Details for 1411 South Carolina Avenue Southeast

| | | | |
|---|---|---|---|
| Tax ID Number | 1060//0070 | Ownership | Fee Simple |
| Condo Coop Association | No | HOA | No |
| Structure Type | Interior Row/Townhouse | Style | Federal |
| Levels/Stories | 3 | Furnished | No |

View More ▾

## Location

Compass › DC › Washington › 20003 › Capitol Hill › 1411 South Carolina Avenue Southeast



Listing Courtesy of Berkshire Hathaway HomeServices PenFed Realty

Sold By Compass



📍 Add your commute

## Building Information for 1411 South Carolina Avenue Southeast

| Stories | 3 | Residences | - |
|---|---|---|---|
| Year Built | 1910 | Lot Size | 0.05 AC / 2,029 SF |

## Payment Calculator

**Get pre-approved with OriginPoint Mortgage**



**$7,043 per month**
30 year fixed, 7.25% Interest

| | |
|---|---|
| ■ Principal and Interest | $6,412 |
| ■ Property Taxes | $630 |
| ■ HOA Dues | $0 |

**Term**
30 Years Fixed ⌄

**Interest**
7.25%

**Home Price** ⓘ
$1,175,000

**Down Payment**
$235,000     20%

The Payment Calculator is for illustrative purposes only. Read more

## Property Information for 1411 South Carolina Avenue Southeast

### Location

**Location**
- In City Limits: Yes
- Transportation: Metro/Subway Station less than 1 mile, Airport less than 10 miles, Commuter Rail Station 1 to 5 miles

- School District Name: DISTRICT OF COLUMBIA PUBLIC SCHOOLS
- School District County ID: 121140357950
- SchoolDistrictSource: Listing Agent
- County: WASHINGTON

### Waterfront / Water Access

**Waterfront / Water Access**
- Water View: No
- Water Access: No

- Water Oriented: No
- Navigable Water: No
- Tidal Water: No
- Riparian Rights Y/N: No

### Association / Community Info

**Association / Community Info**
- Property Manager Y/N: No
- Senior Community: No

- Association Recreation Fee Y/N: No

### Taxes and Assessment

**Taxes and Assessment**
- Tax Year: 2020
- Tax Assessed Value: $1,018,030
- Year Assessed: 2021
- Improvement Assessed Value: $558,970
- City Town Tax: $7,563
- Land Assessed Value: $459,060

- Clean Green Assessed: No
- Land Use Code: 0
- Agricultural Tax Due: No
- Historic: No
- Zoning: R4
- Zoning Dscrp: RESIDENTIAL
- Tax Lot: 70
- Automatically Update Tax Values Y/N: Yes

### Lease Information

**Lease Information**
- Concessions: No

### Rooms

**Main**
- · # Bedrooms Count Main Level: 0
- · # Bathrooms Count Main Level: 0
- · # Bathrooms Full Main Level: 0
- · # Bathrooms Half Main Level: 0

**All Lower Levels**
- · # Bedrooms All Lower Levels: 0
- · # Bathrooms All Lower Levels: 1
- · # Bathrooms Full All Lower Levels: 1
- · # Bathrooms Half All Lower Levels: 0

**All Upper Levels**
- · # Bedrooms Count All Upper Levels: 3
- · # Bathrooms Count All Upper Levels: 1
- · # Bathrooms Full All Upper Levels: 1
- · # Bathrooms Half All Upper Levels: 0

**Lower Level 1**
- · # Bedrooms Lower Level: 0
- · # Bathrooms Lower Level: 1
- · # Bathrooms Full Lower Level: 1
- · # Bathrooms Half Lower Level: 0

**Upper Level 1**
- · # Bedrooms Count Upper Level: 3
- · # Bathrooms Count Upper Level: 1
- · # Bathrooms Full Upper Level: 1
- · # Bathrooms Half Upper Level: 0

**Rooms**
- · Room List: **Living Room, Dining Room, Primary Bedroom, Bedroom 2, Bedroom 3, Kitchen, Family Room, Foyer, Laundry, Storage Room, Bathroom 2**
- · Stories: **Lower 1, Main, Upper 1**

## Building Info

**Building Info**
- · Total Finished SQFT: 2,247.00
- · Total Finished SQFT Source: Estimated
- · Tax Total Finished SQFT: 2,198.00
- · Total SQFT: 2,247.00
- · Total SQFT Source: Estimated
- · Main Entrance Orientation: North
- · Construction Materials: Brick
- · Roof: Rubber
- · Ext Main Mid-res: http://bright-media02.prd.brightmls.com/bright/images/0000/8011/2509/5462/8011 25095462_512_384_WM_bmKaCFHzXFbNLZDj.jpg
- · Wall and Ceiling Types: **9'+ Ceilings, Plaster Walls, Dry Wall, Masonry**

- · Flooring Type: **Hardwood, Ceramic Tile**
- · Basement Type: **Front Entrance, Rear Entrance, English, Outside Entrance, Walkout Stairs, Connecting Stairway, Daylight, Full, Daylight, Partial, Interior Access, Windows**
- · Basement Finished Percent: 100.00
- · Basement Footprint Percent: 100.00
- · Foundation Details: Brick/Mortar
- · Room and Floor: **Bedrooms-Upper Level 1-1, Bedrooms-Upper Level 1-2, Bedrooms-Upper Level 1-3, Bathrooms Full-Upper Level 1-1, Bathrooms Full-Lower Level 1-1**
- · # Bathrooms Full: 2
- · # Bathrooms Half: 0
- · Other Structure: **Above Grade, Below Grade**

## Lot / Land Information

**Lot / Land Information**
- · Lot Size Source: Assessor
- · Soil Types: Urban Land-Sassafras-Chillum

- · Fencing: **Fully**
- · Parcel ID: 16111221
- · Additional Parcels: No
- · Ground Rent Exists: No

## Parking

**Parking**
- · Type Of Parking: Detached Garage
- · Num of Detached Garage Spaces: 1

- · Total Garage Spaces: 1
- · Parking Features: Private
- · Garage Features: **Garage Door Opener, Garage - Rear Entry, Oversized**

## Interior Features

**Interior Features**
- · Interior Features: **Kitchen - Gourmet, Dining Area, Floor Plan - Traditional, Formal/Separate Dining Room, Pantry, Recessed Lighting, Stall Shower, Tub Shower, Window Treatments, Wood Floors**
- · Fireplace: No
- · Fireplaces Count: 0

- · Appliances: **Dishwasher, Disposal, Icemaker, Microwave, Oven/Range - Gas, Refrigerator, Washer - Front Loading, Dryer - Front Loading, Stainless Steel Appliances**
- · Accessibility Features: None
- · Security Features: **Security Gate, Smoke Detector, Electric Alarm, Window Grills**
- · Door Features: Storm
- · Window Features: **Double Pane, Double Hung, Replacement, Screens**
- · Laundry Type: **Has Laundry, Washer In Unit, Dryer In Unit, Basement**

## Exterior Features

**Exterior Features**
- · Spa: No
- · Exterior Features: **Exterior Lighting, Play Area**

- · Outdoor Living Structures: **Patio(s), Porch(es)**
- · Pool: No Pool
- · Horse: No

## Utilities

**Utilities**

- · Heating Fuel: Natural Gas

- Heating: Yes
- Cooling Type: Central A/C
- Cooling Fuel: Electric
- Heating Type: Radiator

- Hot Water: Natural Gas
- Water Source: Public
- Sewer Septic: Public Sewer
- Electric Service: 150 Amps

**Confidential Data**

**Listing Office**
- List Agent URL: www.petergrimmdc.com

## Property History for 1411 South Carolina Avenue Southeast

| Date | Event & Source | Price | Appreciation |
|---|---|---|---|
| Nov 19, 2021 | Closed (Public Record) Public Record #1477653525 | $1,175,000 | +4.8% / yr |
| Nov 19, 2021 | Closed BRIGHT #DCDC2017920 | $1,175,000 | — |
| Oct 22, 2021 | Pending BRIGHT #DCDC2017920 | | — |

View More ▾

For completeness, Compass often displays two records for one sale: the MLS record and the public record.

## Public Records for 1411 South Carolina Avenue Southeast

**Taxable Value**

| | | **Tax Record** | |
|---|---|---|---|
| Land | $509,420 | 2023 | $9,989 ($832 / month) |
| Additions | $657,100 | | |
| Total | $1,166,520 | | |

**Home Facts**

| | | | |
|---|---|---|---|
| Beds | 3 | Baths | 2 |
| Total Finished SqFt | 1,498 SqFt | Above Grade Finished SqFt | 1,498 SqFt |
| Stories | 2 | Lot Size | 2,029 SqFt |
| Style | Condominium | Year Built | 1910 |
| Year Renovated | 2012 | Zoning | RF-1 |
| County | DISTRICT OF COLUMBIA | APN | 1060 0070 |

## Schools near 1411 South Carolina Avenue Southeast

This home is within District Of Columbia Public Schools.

| Rating | School | Type | Grades | Distance |
|---|---|---|---|---|
| 8 /10 | Payne Elementary School | Public - Serves this home | PK to 5 | 0.1 mi |
| 6 /10 | Eliot-Hine Middle School | Public - Serves this home | 6 to 8 | 0.5 mi |
| 2 /10 | Eastern High School | Public - Serves this home | 9 to 12 | 0.4 mi |
| 8 /10 | School-Within-School @ Goding | Public - Nearby school | PK to 5 | 0.9 mi |

View more ▾

School ratings and boundaries are provided by GreatSchools.org and Pitney Bowes. This information should only be used as a reference. Proximity or boundaries shown here are not a guarantee of enrollment. Please reach out to schools directly to verify all information and enrollment eligibility.





# Capitol Hill

An engaged community infused with history. Capitol Hill is not just the center of the country's political life; it is also one of the oldest neighborhoods in DC, boasting its largest residential historic district. While iconic sights like the Capitol, Supreme Court and Library of Congress inspire...

Capitol Hill Guide     All Neighborhoods

## Similar Homes



LISTED BY COMPASS
**$1,150,000**
748 7th Street Southeast, Unit C
Washington, DC 20003
3 Beds | 2.5 Baths | 1,965 Sq. Ft.

LISTED BY COMPASS
**$1,099,000**
1203 Linden Place Northeast
Washington, DC 20002
3 Beds | 3 Baths | 1,800 Sq. Ft.

LISTED BY COMPASS
**$985,000**
1010 8th Street Northeast, Unit 1
Washington, DC 20002
3 Beds | 2.5 Baths | 2,060 Sq. Ft.

LISTED BY COMPASS
**$999,900**
136 Q Street Northwest, Unit 2
Washington, DC 20001
3 Beds | 3 Baths | 2,061 Sq. Ft.

LISTED BY COMPASS
**$968,500**
1003 4th Street Southeast
Washington, DC 20003
4 Beds | 3 Baths | 1,582 Sq. Ft.

COMPASS
PRIVATE EXCLUSIVES
**Work with a Compass agent to see private exclusives.**
Learn More

## Similar Sold Homes



CLOSED 11/28/23
Last Sold Price
**$1,101,358**
1358 East Capitol Street Northeast
Washington, DC 20003
3 Beds | 2 Baths | 1,684 Sq. Ft.

CLOSED 7/13/23     VIRTUAL TOUR
Last Sold Price
**$1,100,000**
1713 Bay Street Southeast
Washington, DC 20003
3 Beds | 2.5 Baths | 1,840 Sq. Ft.

CLOSED 10/26/23
Last Sold Price
**$825,000**
235 14th Street Southeast
Washington, DC 20003
2 Beds | 1.5 Baths | 1,284 Sq. Ft.







CLOSED 8/10/23     VIRTUAL TOUR
Last Sold Price
**$915,000**
249 14th Street Southeast, Unit A
Washington, DC 20003
3 Beds | 2.5 Baths | 1,720 Sq. Ft.

CLOSED 8/21/23     VIRTUAL TOUR
Last Sold Price
**$1,175,000**
121 17th Street Southeast
Washington, DC 20003
4 Beds | 3 Baths | 2,000 Sq. Ft.

CLOSED 5/3/24
Last Sold Price
**$875,000**
237 14th Street Southeast
Washington, DC 20003
2 Beds | 1.5 Baths | 1,320 Sq. Ft.

## Homes for Sale near Capitol Hill

Neighborhoods                    Cities                    ZIPs

| | | |
|---|---|---|
| Anacostia | Washington Navy Yard | 20540 |
| Capitol Hill | Washington | 20002 |
| Capitol Hill East | Naval Anacost Annex | 20019 |
| Fort Dupont Park | Arlington | 20020 |
| Hillcrest | Suitland | 20024 |
| Show More ⌄ | Show More ⌄ | Show More ⌄ |

No guarantee, warranty or representation of any kind is made regarding the completeness or accuracy of descriptions or measurements (including square footage measurements and property condition), such should be independently verified, and Compass expressly disclaims any liability in connection therewith. Photos may be virtually staged or digitally enhanced and may not reflect actual property conditions. No financial or legal advice provided. Equal Housing Opportunity.
Listing Courtesy of Berkshire Hathaway HomeServices PenFed Realty
© 2024 Bright MLS. All rights reserved. All information is deemed reliable, but accuracy is not guaranteed. Listing information is from various brokers who participate in IDX and not all listings may be visible on the site. The property information being provided is for the consumer's personal, non-commercial use and may not be used for any purpose other than to identify prospective properties consumers may be interested in purchasing.
Data last updated on 12/15/2021 03:51 PM

## Company

About Us
Team
Sales Leadership
Investors
Join as an agent
Careers
Contact Us
Offices
Newsroom

## Explore

Concierge
Private Exclusives
Compass Coming Soon
Compass Luxury
Find an Agent
Mortgage Calculator
Compass Academy
Compass Cares
Diversity & Inclusion
Blog
Neighborhood Guides
New Development
Commercial
Sports & Entertainment
Military
External Suppliers Site
Market Research
Recently Sold Homes
Sitemap

## Mobile Apps

Download on the App Store

GET IT ON Google Play

Do Not Sell or Share My Personal Information, Terms of Service, Privacy Center, Scam Avoidance, Responsible Disclosure, Compass is an E-Verify employer, Notice for California Applicants, California COVID-19 Rules of Entry, and Your CA Privacy Rights

COMPASS, the Compass logo, and other various trademarks, logos, designs, and slogans are the registered and unregistered trademarks of Compass, Inc. dba Compass in the U.S. and/or other countries.

Corporate Responsibility, Privacy & Legal Notices: Compass is a licensed real estate broker. Compass is licensed to do business as: Compass in California, Colorado, Connecticut, Florida, Georgia, Hawaii, Illinois, Maryland, Massachusetts, Minnesota, New Jersey, New York, North Carolina, Rhode Island, Texas, Virginia, and Washington; Compass RE in Delaware, Idaho, Pennsylvania and Tennessee; Compass Real Estate in Washington, DC, Maine, New Hampshire, Vermont, and Wyoming; Compass Realty Group in Missouri and Kansas; Launch Powered by Compass in Arizona; and Compass Carolinas, LLC in South Carolina. California License # 01991628, 1527235, 1527365, 1356742, 1443761, 1997075, 1935359, 1961027, 1842987, 1869607, 1866771, 1527205, 1079009, 1272467. No guarantee, warranty or representation of any kind is made regarding the completeness or accuracy of descriptions or measurements (including square footage measurements and property condition), such should be independently verified, and Compass expressly disclaims any liability in connection therewith. No financial or legal advice provided. Equal Housing Opportunity. © Compass 2024. 212-913-9058

Texas Real Estate Commission Information About Brokerage Services
Texas Real Estate Commission Consumer Protection Notice

New York State Fair Housing Notice
New York State Standard Operating Procedures
Notice of Reasonable Accommodations for Prospective Tenants

Compass does not discriminate against voucher holders pursuant to applicable law and all lawful sources of income are accepted.








City, Neighborhood, Address, School, ZIP, Agent, ID



Closed 11/19/21

brightᵗ MLS

View All   Map   Street View

**$1,175,000**
Last Sold Price

**3** Beds   **2** Baths   **2,247** $523 / Sq. Ft.

**1411 S Carolina Ave SE**
Washington, DC 20003

⭐ Save

⮕ Share

Get preapproved with Rocket Mortgage[1]

LISTING CLOSED: 11/19/2021 12:00 AM

## Property Details for 1411 South Carolina Avenue Southeast

| | |
|---|---|
| Status | Closed |
| MLS # | DCDC2017920 |
| Days on Market | 2 |
| Taxes | $7,563 / year |

**Inquire About Property**

| | |
|---|---|
| Condo/Co-op Fees | - |
| Property Type | Townhouse |
| MLS Type | Residential / Fee Simple |
| Year Built | 1910 |
| Lot Size | 0.05 AC / 2,029 SF |
| County | District of Columbia |
| Tax ID Number | 1060//0070 |
| Ownership | Fee Simple |
| Condo Coop Association | No |
| HOA | No |
| Structure Type | Interior Row/Townhouse |
| Style | Federal |
| Levels/Stories | 3 |
| Furnished | No |

View More ▾

## Location

Homepage ▸ DC ▸ District of Columbia ▸ Washington ▸ Capitol Hill East ▸ 20003 ▸ 1411 S Carolina Ave SE

Listing Courtesy of Berkshire Hathaway HomeServices PenFed Realty

Sold By Compass

 Add your commute

## Description

SPECTACULARLY SUNNY, SPACIOUS & WIDE PORCHFRONT HOME with Great Outdoor Space and Large Garage Steps from Lincoln Park and Eastern Market Offers a Wonderful Blend of Original Features and Modern Amenities in an Amazing Capitol HILL Location! Finished on all Three Levels, Separate Living and Dining Rooms with High Ceilings, Crown Molding and Heart Pine Flooring, a Large Gourmet Kitchen with Hardwood Cabinets, Stainless Steel Appliances and Stone Countertops! Three Bedrooms and Fully Appointed Bathroom...

Continue Reading ▾

Listed by Peter D Grimm · Berkshire Hathaway HomeServices PenFed Realty
P: (202)-270-6368 peter.grimm@penfedrealty.com

## Building Information for 1411 South Carolina Avenue Southeast

| Stories | 3 |
|---|---|
| Residences | - |
| Year Built | 1910 |
| Lot Size | 0.05 AC / 2,029 SF |

## Payment Calculator

Get preapproved with OriginPoint Mortgage or Rocket Mortgage[1]



$6,603 per month
30 year fixed, 6.55% Interest

| Principal and Interest | $5,972 |
|---|---|
| Property Taxes | $630 |
| HOA Dues | $0 |

**Term**
30 Years Fixed

**Interest**
6.55%

**Home Price** ⓘ
$1,175,000

**Down Payment**
$235,000    20%

The Payment Calculator is for illustrative purposes only. Read more

### Know your buying power with a preapproval and custom rate in minutes

See What I Qualify For →

Rocket Mortgage[1]

## Location

### Location

- In City Limits: Yes
- Transportation: **Metro/Subway Station less than 1 mile, Airport less than 10 miles, Commuter Rail Station 1 to 5 miles**
- School District Name: DISTRICT OF COLUMBIA PUBLIC SCHOOLS
- School District County ID: 121140357950
- SchoolDistrictSource: Listing Agent
- County: WASHINGTON

## Waterfront / Water Access

### Waterfront / Water Access

- Water View: No
- Water Access: No
- Water Oriented: No
- Navigable Water: No
- Tidal Water: No
- Riparian Rights Y/N: No

## Association / Community Info

### Association / Community Info

- Property Manager Y/N: No
- Senior Community: No
- Association Recreation Fee Y/N: No

## Taxes and Assessment

### Taxes and Assessment

- Tax Year: 2020
- Tax Assessed Value: $1,018,030
- Year Assessed: 2021
- Improvement Assessed Value: $558,970
- City Town Tax: $7,563
- Land Assessed Value: $459,060
- Clean Green Assessed: No
- Land Use Code: 0
- Agricultural Tax Due: No
- Historic: No
- Zoning: R4
- Zoning Dscrp: RESIDENTIAL
- Tax Lot: 70
- Automatically Update Tax Values Y/N: Yes

## Lease Information

### Lease Information

- Concessions: No

## Rooms

### Main

·   # Bathrooms Full Main Level: 0
·   # Bathrooms Half Main Level: 0

**All Upper Levels**

·   # Bedrooms Count All Upper Levels: 3
·   # Bathrooms Count All Upper Levels: 1
·   # Bathrooms Full All Upper Levels: 1
·   # Bathrooms Half All Upper Levels: 0

**Upper Level 1**

·   # Bedrooms Count Upper Level: 3
·   # Bathrooms Count Upper Level: 1
·   # Bathrooms Full Upper Level: 1
·   # Bathrooms Half Upper Level: 0

**All Lower Levels**

·   # Bedrooms All Lower Levels: 0
·   # Bathrooms All Lower Levels: 1
·   # Bathrooms Full All Lower Levels: 1
·   # Bathrooms Half All Lower Levels: 0

**Lower Level 1**

·   # Bedrooms Lower Level: 0
·   # Bathrooms Lower Level: 1
·   # Bathrooms Full Lower Level: 1
·   # Bathrooms Half Lower Level: 0

**Rooms**

·   Room List: **Living Room, Dining Room, Primary Bedroom, Bedroom 2, Bedroom 3, Kitchen, Family Room, Foyer, Laundry, Storage Room, Bathroom 2**
·   Stories: **Lower 1, Main, Upper 1**

**Building Info**

**Building Info**

·   Total Finished SQFT: 2,247.00
·   Total Finished SQFT Source: Estimated
·   Tax Total Finished SQFT: 2,198.00
·   Total SQFT: 2,247.00
·   Total SQFT Source: Estimated
·   Main Entrance Orientation: North
·   Construction Materials: Brick
·   Roof: Rubber
·   Ext Main Mid-res: http://bright-media02.prd.brightmls.com/bright/images/0000/8011/2509/5462/801125095462_512_384_WM_bmKaCFHzXFbNLZDj.jpg
·   Wall and Ceiling Types: **9'+ Ceilings, Plaster Walls, Dry Wall, Masonry**
·   Flooring Type: **Hardwood, Ceramic Tile**
·   Basement Type: **Front Entrance, Rear Entrance, English, Outside Entrance, Walkout Stairs, Connecting Stairway, Daylight, Full, Daylight, Partial, Interior Access, Windows**
·   Basement Finished Percent: 100.00
·   Basement Footprint Percent: 100.00
·   Foundation Details: Brick/Mortar
·   Room and Floor: **Bedrooms-Upper Level 1-1, Bedrooms-Upper Level 1-2, Bedrooms-Upper Level 1-3, Bathrooms Full-Upper Level 1-1, Bathrooms Full-Lower Level 1-1**
·   # Bathrooms Full: 2
·   # Bathrooms Half: 0
·   Other Structure: **Above Grade, Below Grade**

**Lot / Land Information**

**Lot / Land Information**

·   Fencing: Fully
·   Parcel ID: 16111221
·   Additional Parcels: No
·   Ground Rent Exists: No

## Parking

### Parking

·   Type Of Parking: Detached Garage
·   Num of Detached Garage Spaces: 1
·   Total Garage Spaces: 1
·   Parking Features: Private
·   Garage Features: **Garage Door Opener, Garage - Rear Entry, Oversized**

## Interior Features

### Interior Features

·   Interior Features: **Kitchen - Gourmet, Dining Area, Floor Plan - Traditional, Formal/Separate Dining Room, Pantry, Recessed Lighting, Stall Shower, Tub Shower, Window Treatments, Wood Floors**
·   Fireplace: No
·   Fireplaces Count: 0
·   Appliances: **Dishwasher, Disposal, Icemaker, Microwave, Oven/Range - Gas, Refrigerator, Washer - Front Loading, Dryer - Front Loading, Stainless Steel Appliances**
·   Accessibility Features: None
·   Security Features: **Security Gate, Smoke Detector, Electric Alarm, Window Grills**
·   Door Features: Storm
·   Window Features: **Double Pane, Double Hung, Replacement, Screens**
·   Laundry Type: **Has Laundry, Washer In Unit, Dryer In Unit, Basement**

## Exterior Features

### Exterior Features

·   Spa: No
·   Exterior Features: **Exterior Lighting, Play Area**
·   Outdoor Living Structures: **Patio(s), Porch(es)**
·   Pool: No Pool
·   Horse: No

## Utilities

### Utilities

·   Heating: Yes
·   Cooling Type: Central A/C
·   Cooling Fuel: Electric
·   Heating Type: Radiator
·   Heating Fuel: Natural Gas
·   Hot Water: Natural Gas
·   Water Source: Public
·   Sewer Septic: Public Sewer
·   Electric Service: 150 Amps

## Confidential Data

### Listing Office

·   List Agent URL: www.peterarimmdc.com

## Property History for 1411 South Carolina Avenue Southeast

| Date | Event & Source | Price |
|---|---|---|
| 11/19/2021 | Closed (Public Record)<br>Public Record #1477653525 | $1,175,000<br>+4.8% / yr |
| 11/19/2021 | Closed<br>BRIGHT #DCDC2017920 | $1,175,000 |
| 10/22/2021 | Pending<br>BRIGHT #DCDC2017920 | — |

View More ▾

For completeness, we often displays two records for one sale: the MLS record and the public record.

## Public Records for 1411 South Carolina Avenue Southeast

**Taxable Value**

| | | | **Tax Record** | |
|---|---|---|---|---|
| Land | $534,910 | | 2025 | $10,169 ($847 / month) |
| Additions | $661,430 | | | |
| **Total** | **$1,196,340** | | | |

**Home Facts**

| | | | | |
|---|---|---|---|---|
| Beds | **3** | | Baths | **2** |
| Total Finished SqFt | **1,498 SqFt** | | Above Grade Finished SqFt | **1,498 SqFt** |
| Stories | **2** | | Lot Size | **2,029 SqFt** |
| Style | **Condominium** | | Year Built | **1910** |
| Year Renovated | **2012** | | Zoning | **RF-1** |
| County | **DISTRICT OF COLUMBIA** | | APN | **1060 0070** |

## Schools near 1411 South Carolina Avenue Southeast

This home is within District Of Columbia Public Schools.

| Rating | School | Type | Grades | Distance |
|---|---|---|---|---|
| 7 /10 | Payne Elementary School | Public - **Serves this home** | PK to 5 | 0.1 mi |
| 5 /10 | Eliot-Hine Middle School | Public - **Serves this home** | 6 to 8 | 0.5 mi |
| 3 /10 | Eastern High School | Public - **Serves this home** | 9 to 12 | 0.4 mi |
| 6 /10 | Bard High School Early College DC (Bard DC) | Public - Nearby school | 9 to 12 | 2.6 mi |

View more ▾

School ratings and boundaries are provided by GreatSchools.org and Pitney Bowes. This information should only be used as a reference. Proximity or boundaries shown here are not a guarantee of enrollment. Please reach out to schools directly to verify all information and enrollment eligibility.

## Similar Homes





## Nearby off-market homes

| Address | Sold price | Beds | Baths | Sqft | Lot AC |
|---|---|---|---|---|---|
| 1413 South Carolina Avenue Southeast, Washington, DC 20003 | $935,000 | 4 | 4 | – | 0.05 |
| 1409 South Carolina Avenue Southeast, Washington, DC 20003 | $1,000,000 | 4 | 3 | 2,198 | 0.04 |
| 1415 South Carolina Avenue Southeast, Washington, DC 20003 | $1,076,288 | 4 | 4 | 1,678 | – |
| 1423 South Carolina Avenue Southeast, Washington, DC 20003 | $790,000 | 2 | 2 | 1,280 | 0.03 |
| 1425 South Carolina Avenue Southeast, Washington, DC 20003 | – | 3 | 1 | 1,280 | – |

Show more ▾

## ⌖ Explore Nearby Homes

### Homes in Nearby Capitol Hill East Neighborhoods                    ⌃

Anacostia Homes for Sale

Washington Navy Yard Historic District Homes for Sale

Washington Mall Homes for Sale

Stanton Park Homes for Sale

Southwest Waterfront Homes for Sale

Show more ⌄

### Homes in Nearby Capitol Hill East Cities                    ⌃

Washington Navy Yard Homes for Sale

Washington Homes for Sale

Naval Anacost Annex Homes for Sale

Arlington Homes for Sale

Suitland Homes for Sale

### Homes in Nearby Capitol Hill East Zip Codes ⌃

20590 Homes for Sale

20540 Homes for Sale

20515 Homes for Sale

20376 Homes for Sale

20374 Homes for Sale

Show more ⌄

No guarantee, warranty or representation of any kind is made regarding the completeness or accuracy of any information, descriptions or measurements (including square footage measurements and property condition), such should be independently verified through appropriate means, including, but not limited to, in person inspection and public records, and Compass International Holdings, its subsidiaries, affiliates and independently owned and operated franchisees, and their affiliated agents and associated third parties expressly disclaim any liability in connection therewith. Photos may be virtually staged or digitally enhanced and may not reflect actual property conditions. Offers of compensation are subject to change at the seller's discretion. No financial or legal advice provided. Equal Housing Opportunity.
Listing Courtesy of Berkshire Hathaway HomeServices PenFed Realty
© 2026 Bright MLS. All rights reserved. All information is deemed reliable, but accuracy is not guaranteed. Listing information is from various brokers who participate in IDX and not all listings may be visible on the site. The property information being provided is for the consumer's personal, non-commercial use and may not be used for any purpose other than to identify prospective properties consumers may be interested in purchasing.
Data last updated on 12/15/2021 03:51 PM

## Company

About Us

Team

Sales Leadership

Investors

Join as an agent

Careers

Contact Us

Offices

Newsroom

## Explore

Concierge

Private Exclusives

Compass Coming Soon

3-Phased Marketing Strategy

Market Outlook

Compass One

Make Me Sell

Compass Luxury

Find an Agent

Mortgage Calculator

Compass Academy

Compass Plus

Compass Cares

Diversity & Inclusion

Neighborhood Guides

New Development

Commercial

Sports & Entertainment

Military

Ranch and Land

External Suppliers Site

Recently Sold Homes

Sitemap

## Mobile Apps

Do Not Sell or Share My Personal Information, Terms of Service, Privacy Center, Scam Avoidance, Responsible Disclosure, Compass is an E-Verify employer, Notice for California Applicants, California COVID-19 Rules of Entry, and Your CA Privacy Rights

Source: April 2025 RealTrends, Closed Residential Sales Volume 2024

COMPASS, the Compass logo, and other various trademarks, logos, designs, and slogans are the registered and unregistered trademarks of Compass, Inc. dba Compass in the U.S. and/or other countries.

Corporate Responsibility, Privacy & Legal Notices: Compass is a licensed real estate broker. Compass is licensed to do business as: Compass in Arizona, California, Colorado, Connecticut, Florida, Georgia, Hawaii, Illinois, Louisiana, Maryland, Massachusetts, Minnesota, Michigan, Mississippi, Nevada, New Jersey, New York, North Carolina, Rhode Island, Texas, Virginia, and Washington; Compass RE in Delaware, Idaho, Pennsylvania and Tennessee; Compass Real Estate in Washington, DC, Maine, New Hampshire, Vermont, and Wyoming; Compass Realty Group in Missouri and Kansas; and Compass Carolinas, LLC in South Carolina. California License # 01991628, 1527235, 1527365, 1356742, 1443761, 1997075, 1935359, 1961027, 1842987, 1869607, 1866771, 1527205, 1079009, 1272467. No guarantee, warranty or representation of any kind is made regarding the completeness or accuracy of descriptions or measurements (including square footage measurements and property condition), such should be independently verified, and Compass expressly disclaims any liability in connection therewith. No financial or legal advice provided. Equal Housing Opportunity. © Compass 2026. 212-913-9058.

Texas Real Estate Commission Information About Brokerage Services
Texas Real Estate Commission Consumer Protection Notice

New York State Fair Housing Notice
New York State Standard Operating Procedures
Notice of Reasonable Accommodations for Prospective Tenants

Compass does not discriminate against voucher holders pursuant to applicable law and all lawful sources of income are accepted.
¹ Rocket Mortgage, LLC | NMLS #3030; NMLSConsumerAccess.org.
  Licensed in 50 states.



